FILED
2026 Aug-17 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY CHAD WOODS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **5:26-cv-437-EGL-NAD** |
| | ) | |
| **MORGAN COUNTY SHERIFF DEPARTMENT et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The action is before the Court upon the Report and Recommendation submitted by the United States Magistrate Judge assigned to this matter. *See* Doc. 10. After careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**, and this case is **DIMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 17th day of August, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE